**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **DIEGO ALEJANDRO ORTIZ FORERO,** | : | **Case No. 1:26-cv-103** |
| | : | |
| **Petitioner,** | : | **Judge Jeffery P. Hopkins** |
| | : | |
| **vs.** | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| **ACTING FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,** | : : : | |
| | | |
| **Respondents.** | | |

---

**ORDER SETTING CASE SCHEDULE**

---

The Court previously ordered the parties to confer and propose a case schedule.  (Doc. 5).

They have now done so.  (Doc. 6).  Based on that joint proposal, the Court **SETS** the following

case schedule:

- Respondents' Return of Writ Due:  March 6, 2026

- Ortiz Forero's Reply Due:  March 20, 2026.

**IT IS SO ORDERED.**

February 19, 2026                           *s/Kimberly A. Jolson*
                                            KIMBERLY A. JOLSON
                                            United States Magistrate Judge